IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ESTATE OF MIGUEL ROBLES by
Maria Montiel as next of kin and
surviving spouse of Miguel Robles; and
MARIA MONTIEL

v.  No. 3-11-0399

VANDERBILT UNIVERSITY
MEDICAL CENTER; TEJAL
BRAHMBHATT, M.D.; LAUREN
HUBBARD ADCOCK, R.N.; and
MICHAEL FISCHER, R.R.T.

O R D E R

Pursuant to the orders entered June 15, 2012, and June 29, 2012 (Docket Entry Nos. 28 and 32), a hearing on the defendant's motion to compel and for a protective order (Docket Entry No. 24), and the defendant's motion for extension of time (Docket Entry No. 22), as well as the defendant's supplemental motion for protective order (Docket Entry No. 35), was held on July 6, 2012, at which time the following matters were addressed:

1. Defendants' counsel offered and was therefore directed to draft and file a proposed order reflecting the rulings on the motions made on July 6, 2012.

2. On July 17, 2012, the parties filed agreed orders addressing the defendant's supplemental motion for protective order and the defendants' motion to extend, see Docket Entry Nos. 40 and 41, and, on July 24, 2012, the parties filed agreed orders addressing the defendants' motion to compel and for protective order. See Docket Entry Nos. 42 and 43.

3. By separately entered orders, the proposed orders (Docket Entry Nos. 40-1, 41-1, 42-1, and 43-1) are entered.

4. The defendant's motion to compel and for a protective order (Docket Entry No. 24), the defendant's motion for extension of time (Docket Entry No. 22), and the defendant's

supplemental motion for protective order (Docket Entry No. 35), were GRANTED as provided in the separately entered orders.

5. Extended deadlines for the progression of the case were also addressed on July 6, 2012. Those extended deadlines will be addressed in a further order to be entered after confirming a new trial date.

6. Counsel for the parties shall convene a telephonic case management conference with the Court on **Friday, August 20, 2012, at 2:00 p.m., central time,** to be initiated by defendants' counsel, to address the status of the case, including the status of discovery, and any disputed issues.

If the parties have significant disputed issues, counsel for the parties shall appear in person on August 20, 2012.

Any party desiring to appeal any order of the Magistrate Judge may do so by filing a motion for review no later than fourteen (14) days from the date of service of the order. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for the appeal. See Rule 72.02(b)(1) of the Local Rules of Court and Rule 72(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge