# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| ESTATE OF MIGUEL ROBLES by Maria Montiel as Next of Kin and Surviving Spouse of Miguel Robles and MARIA MONTIEL, Individually, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | NO. 3:11-0399 JURY DEMAND |
| VANDERBILT UNIVERSITY MEDICAL CENTER, TEJAL BRAHMBHATT, M.D., LAUREN HUBBARD ADCOCK, R.N., and MICHAEL FISCHER, R.R.T., ) ) ) ) ) | JUDGE NIXON MAGISTRATE JUDGE GRIFFIN |
| Defendants. ) | |

## ORDER GRANTING DEFENDANTS' SUPPLEMENTAL MOTION FOR PROTECTIVE ORDER

On July 6, 2012, the Court heard Defendants' Supplemental Motion for Protective Order. After consideration of the Motion and the arguments of counsel, the Court GRANTS Defendants' Supplemental Motion for Protective Order. Defendants will not be required to present Lauren Hubbard Adcock, R.N., Tejal Brahmbhatt, M.D., Michael Fischer, R.R.T., or Jeffrey Guy, M.D., for deposition on July 11 through 13, 2012.

IT IS SO ORDERED.

_____
Juliet E. Griffin
United States Magistrate Judge

SUBMITTED FOR ENTRY:

/s/ Erin Palmer Polly
W. Scott Sims (#17563)
Erin Palmer Polly (#22221)
Walker, Tipps & Malone PLC
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219
(615) 313-6000

*Counsel for Defendants*


/s/ Morgan G. Adams
Morgan G. Adams (#13693)
Law Offices of Morgan G. Adams
1419 Market Street
Chattanooga, Tennessee 37402
(423) 265-2020

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon the following persons via the electronic filing system or U.S. Mail, postage prepaid, on this July 25, 2012:

| Morgan G. Adams<br>Law Offices of Morgan G. Adams<br>1419 Market Street<br>Chattanooga, Tennessee 37402 | Timothy H. David<br>David Law Group, P.A.<br>100 East Faith Terrace<br>P.O. Box 940218<br>Maitland, Florida 32794 |
|---|---|

/s/ Erin Palmer Polly

92142