# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| ESTATE OF MIGUEL ROBLES by Maria Montiel as Next of Kin and Surviving Spouse of Miguel Robles and MARIA MONTIEL, Individually, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | NO. 3:11-0399 JURY DEMAND |
| VANDERBILT UNIVERSITY MEDICAL CENTER, TEJAL BRAHMBHATT, M.D., LAUREN HUBBARD ADCOCK, R.N., and MICHAEL FISCHER, R.R.T., ) ) ) ) ) | JUDGE NIXON MAGISTRATE JUDGE GRIFFIN |
| Defendants. ) | |

## ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER

On July 6, 2012, the Court heard Defendants' Motion for Protective Order. After consideration of the Motion and the Response and the arguments of counsel, the Court GRANTS Defendants' Motion for Protective Order. Further:

1. Defendants produced to Plaintiffs the relevant Tables of Contents for Vanderbilt University ("Vanderbilt") policies. Plaintiffs may request specific policies from Defendants. Defendants will endeavor to produce the requested policies as they existed on November 1, 2008. If Defendants cannot produce the requested policies as they existed on November 1, 2008, Defendants will produce the current versions of the requested policies to Plaintiffs.

2. Provided Vanderbilt possesses the capability to do so, Plaintiffs may request that Vanderbilt conduct an electronic search for specific words (to be designated by Plaintiffs) located within Vanderbilt policies.

3. By August 6, 2012, Defendants will produce an attestation to Plaintiffs to the effect, if accurate, that: (a.) both the electronic version of a patient's Vanderbilt medical record and Star Panel contain the same underlying medical information regarding the patient; and (b.) Star Panel reflects whether amendments were made to a patient's medical record, the amendments that were actually made, the date and time of the amendments, and the individual(s) who made the amendments. If such attestation is provided, Plaintiffs shall not be entitled to receive metadata from Vanderbilt absent a showing of good cause.

IT IS SO ORDERED.

_____
Juliet E. Griffin
United States Magistrate Judge

SUBMITTED FOR ENTRY:

/s/ Erin Palmer Polly
W. Scott Sims (#17563)
Erin Palmer Polly (#22221)
Walker, Tipps & Malone PLC
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219
(615) 313-6000

*Counsel for Defendants*


/s/ Morgan G. Adams
Morgan G. Adams (#13693)
Law Offices of Morgan G. Adams
1419 Market Street
Chattanooga, Tennessee 37402
(423) 265-2020

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that a true and exact copy of the foregoing has been served upon the following persons via the electronic filing system or U.S. Mail, postage prepaid, on this July 25, 2012:

| | |
|---|---|
| Morgan G. Adams<br>Law Offices of Morgan G. Adams<br>1419 Market Street<br>Chattanooga, Tennessee 37402 | Timothy H. David<br>David Law Group, P.A.<br>100 East Faith Terrace<br>P.O. Box 940218<br>Maitland, Florida 32794 |

                                        /s/ Erin Palmer Polly

92163