IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTATE OF MIGUEL ROBLES by<br>Maria Montiel as next of kin and<br>surviving spouse of Miguel Robles; and<br>MARIA MONTIEL<br><br>v.<br><br>VANDERBILT UNIVERSITY<br>MEDICAL CENTER; TEJAL<br>BRAHMBHATT, M.D.; LAUREN<br>HUBBARD ADCOCK, R.N.; and<br>MICHAEL FISCHER, R.R.T. | No. 3-11-0399 |

O R D E R

The Order entered July 27, 2012, Docket Entry No. 44, scheduling a conference call or in court hearing on Friday, August 20, 2012, at 2:00 p.m., is AMENDED to reflect that the hearing is scheduled for MONDAY, August 20, 2012, at 2:00 p.m.

There are no other amendments to Docket Entry No. 44.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge