IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF MIGUEL ROBLES by Maria Montiel as next of kin and surviving spouse of Miguel Robles; and MARIA MONTIEL | ) ) ) ) ) | No. 3-11-0399 |
| v. | ) ) | |
| VANDERBILT UNIVERSITY MEDICAL CENTER; TEJAL BRAHMBHATT, M.D.; LAUREN HUBBARD ADCOCK, R.N.; and MICHAEL FISCHER, R.R.T. | ) ) ) ) ) ) | |

O R D E R

The Order entered July 27, 2012, Docket Entry No. 44, scheduling a conference call or in court hearing on Friday, August 20, 2012, at 2:00 p.m., is AMENDED to reflect that the hearing is scheduled for MONDAY, August 20, 2012, at 2:00 p.m.

There are no other amendments to Docket Entry No. 44.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge