IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTATE OF MIGUEL ROBLES by<br>Maria Montiel as next of kin and<br>surviving spouse of Miguel Robles; and<br>MARIA MONTIEL<br><br>v.<br><br>VANDERBILT UNIVERSITY<br>MEDICAL CENTER; TEJAL<br>BRAHMBHATT, M.D.; LAUREN<br>HUBBARD ADCOCK, R.N.; and<br>MICHAEL FISCHER, R.R.T. | )<br>)<br>)<br>)    No. 3-11-0399<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

Pursuant to the orders entered July 27, 2012 (Docket Entry Nos. 44 and 49), counsel for the parties called the Court on August 20, 2012, at which time the following matters were addressed:

1.  The plaintiffs supplemented their discovery responses in compliance with the order entered July 27, 2012 (Docket Entry No. 47). However, defendants' counsel raised two issues. The first was the defendants' request for additional years of income tax returns in addition to the 2006-2008 tax returns. Plaintiffs' counsel represented that the plaintiff would sign a release that would be provided to defendants' counsel to obtain those returns.

The second issue was that the defendants' request for additional specificity in the plaintiffs' response to interrogatory #2. Specifically, the defendants requested that the plaintiffs provide additional details on the knowledge of the potential liability witnesses and that the plaintiffs serve a list of the damages witnesses whom the plaintiffs expect to testify at trial 120 days prior to trial. Defendants' counsel explained that the additional information would allow them to determine what liability experts needed to be deposed and advance notice of damages experts would allow the defendants to take their depositions before trial as necessary.

2.  Counsel for the parties reached agreement on both issues and shall submit an agreed order reflecting their agreement.

3. Counsel shall also confer with each other and with Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to schedule another telephone conference call with the Court and include that date in the parties' agreed order.

The Court notes that Mr. Chandler is not listed as counsel of record on the docket in this case. If he wants to receive copies of orders entered in this case, he shall file a notice of entry of appearance.

The Clerk is directed to email a copy of this order to John W. Chandler, Jr. at chandlerlaw@yahoo.com.

It is so ORDERED.

                                                _____
                                                JULIET GRIFFIN
                                                United States Magistrate Judge