UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| ESTATE OF MIGUEL ROBLES by Maria Montiel as next of kin and surviving spouse of Miguel Robles, and MARIA MONTIEL, Individually, | * * * * * | |
| | * | No. 3:11-cv-399 |
| Plaintiffs, | * | |
| | * | JURY DEMAND |
| v. | * * | |
| VANDERBILT UNIVERSITY MEDICAL CENTER, TEJAL BRAHMBHATT, M.D., LAUREN HUBBARD ADCOCK, R.N., and MICHAEL FISCHER, R.R.T., | * * * * * | JUDGE NIXON MAGISTRATE JUDGE GRIFFIN |
| Defendants. | * | |

## AGREED ORDER ON FACT WITNESSES

On August ??, 2012, Plaintiffs and Defendants participated in a telephone conference with the Court. The Court ORDERS as follows:

1. Plaintiffs and Defendants will participate in a telephone conference with the Court on December 11, 2012, at 12:00 p.m. noon CST. Defendants will initiate the telephone conference. The purpose of the telephone conference will be to allow the Court and the parties to discuss any issues that have arisen that are relevant to the pending lawsuit.

2. In their Answers to Defendants' Interrogatories, Plaintiffs will identify the individuals whom they believe have knowledge relevant to the liability of Defendants ("liability witnesses") versus those individuals who they believe will have knowledge of facts relevant to damages only ("damages witnesses"). For their liability witnesses, Plaintiffs will provide through their discovery responses more-detailed information regarding the substance of the facts

1

known by each, which will enable Defendants to determine the individuals they need to depose. Conversely, for their damages witnesses, Plaintiffs will notify Defendants by February 3, 2014, which of those Plaintiffs intend to call to testify at trial and will permit Defendants to depose them in advance of trial.

IT IS SO ORDERED.

_____
Juliet E. Griffin
United States Magistrate Judge

SUBMITTED FOR ENTRY:

LAW OFFICES OF MORGAN G. ADAMS

BY: /s/ MORGAN G. ADAMS
     MORGAN G. ADAMS, BPR # 013693
     JOHN W. CHANDLER, BPR #06219
     ATTORNEYS FOR PLAINTIFFS
1419 Market Street
Chattanooga, TN 37402
Telephone: 423 + 265-2020
Fax: 423 + 265-2025

WALKER, TIPPS & MALONE, PLC

BY: /s/ERIN PALMER POLLY
     W. SCOTT SIMS, BPR # 17563
     ERIN PALMER POLLY, BPR #22221
     ATTORNEYS FOR DEFENDANTS
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
Telephone: 615 + 313-6000
Fax: 615 + 313-6001