IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ESTATE OF MIGUEL ROBLES by )
Maria Montiel as next of kin and )
surviving spouse of Miguel Robles; and )
MARIA MONTIEL ) No. 3-11-0399
)
v. )
)
VANDERBILT UNIVERSITY )
MEDICAL CENTER; TEJAL )
BRAHMBHATT, M.D.; LAUREN )
HUBBARD ADCOCK, R.N.; and )
MICHAEL FISCHER, R.R.T. )

O R D E R

Pursuant to the order entered September 5, 2012 (Docket Entry No. 56), counsel for the parties called the Court on December 11, 2012, at which time the following matters were addressed:

1. The depositions of the plaintiff and her son are scheduled in January of 2013, in Florida, and the depositions of the defendants are scheduled in February of 2013.

2. Plaintiffs' counsel advised that he had not had sufficient time to address any potential discovery disputes relating to written discovery and suggested rescheduling a telephone call.

3. Counsel for the parties shall convene another telephone conference call with the Court on **Wednesday, January 9, 2013, at 2:00 p.m., central time,** to be initiated by defendants' counsel, to address any discovery issues or any other appropriate matters.

The Clerk is directed to email a copy of this order to John W. Chandler, Jr. at chandlerlaw@yahoo.com.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge