IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ESTATE OF MIGUEL ROBLES by )
Maria Montiel as next of kin and )
surviving spouse of Miguel Robles; and )
MARIA MONTIEL ) No. 3-11-0399
)
v. )
)
VANDERBILT UNIVERSITY )
MEDICAL CENTER; TEJAL )
BRAHMBHATT, M.D.; LAUREN )
HUBBARD ADCOCK, R.N.; and )
MICHAEL FISCHER, R.R.T. )

O R D E R

Pursuant to the order entered December 18, 2012 (Docket Entry No. 58), counsel for the parties called the Court on January 9, 2013, at which time plaintiffs' counsel addressed four discovery issues related to the defendants' responses to the plaintiffs' interrogatories.

Counsel for the parties shall confer with each other on those issues and determine if they can reach a resolution on all or some of the issues. If not, counsel may schedule another conference call with the Court and/or the plaintiffs may file a motion to compel.

Counsel shall also confer with each other and schedule the remaining depositions as soon as possible. If the parties are not able to take the depositions of the defendants and Dr. Guy by the March 1, 2013, deadline, they shall attempt to agree to a extension and, if unable to agree, counsel shall schedule a call with the Court to address any necessary extensions. If the parties are able to agree upon any extended deadlines, they shall file a joint motion to that effect.

As a housekeeping matter, the Clerk is directed to enter John W. Chandler, Jr. as counsel for the plaintiffs pursuant to his notice of appearance (Docket Entry No. 57), with an email address of chandlerlaw@yahoo.com, and with the same address, telephone number, and fax number already listed on the docket for Morgan G. Adams.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge