UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ESTATE OF MIGUEL ROBLES by ) <br> Maria Montiel as Next of Kin and Surviving ) <br> Spouse of Miguel Robles and MARIA ) <br> MONTIEL, Individually, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v.   ) <br>   ) <br> VANDERBILT UNIVERSITY MEDICAL ) <br> CENTER, TEJAL BRAHMBHATT, M.D., ) <br> LAUREN HUBBARD ADCOCK, R.N., and ) <br> MICHAEL FISCHER, R.R.T., ) <br>   ) <br>   Defendants. ) | NO. 3:11-0399 <br> JURY DEMAND <br><br> JUDGE NIXON <br> MAGISTRATE JUDGE GRIFFIN |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.01(g), Erin Palmer Polly respectfully moves the Court to permit her to withdraw as counsel for Defendants Vanderbilt University Medical Center, Tejal Brahmbhatt, M.D., Lauren Hubbard Adcock, R.N., and Michael Fischer, R.R.T. Lead counsel, W. Scott Sims, departed Walker, Tipps & Malone PLC to begin the law firm of Sims|Funk, PLC. Defendants determined that they would like for the case to remain with Mr. Sims.

On May 14, 2014, the undersigned counsel provided written notice to Defendants of her intention to withdraw. That written notice is attached hereto as <u>Exhibit A</u>. Defendants lodged no objection to the undersigned counsel's intention to withdraw. The withdrawal of the undersigned counsel will not delay the trial of this matter.

Based upon the foregoing, the undersigned counsel respectfully moves the Court to permit her to withdraw as counsel for Defendants.

Respectfully submitted,

/s/ Erin Palmer Polly
Erin Palmer Polly (#22221)
Walker, Tipps & Malone PLC
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219
(615) 313-6000

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon the following persons via the electronic filing system or U.S. Mail, postage prepaid, on this May 29, 2014:

| | |
|---|---|
| Morgan G. Adams<br>Law Offices of Morgan G. Adams<br>1419 Market Street<br>Chattanooga, Tennessee 37402 | Timothy H. David<br>David Law Group, P.A.<br>100 East Faith Terrace<br>P.O. Box 940218<br>Maitland, Florida 32794 |

W. Scott Sims
Sims|Funk, PLC
3310 West End Avenue, Suite 410
Nashville, Tennessee 37203

/s/ Erin Palmer Polly

104180