IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ESTATE OF MIGUEL ROBLES by )
Maria Montiel as next of kin and )
surviving spouse of Miguel Robles; and )
MARIA MONTIEL ) No. 3-11-0399
)
v. )
)
VANDERBILT UNIVERSITY )
MEDICAL CENTER; TEJAL )
BRAHMBHATT, M.D.; LAUREN )
HUBBARD ADCOCK, R.N.; and )
MICHAEL FISCHER, R.R.T. )

O R D E R

By report filed on August 13, 2014 (Docket Entry No. 91), the mediator notified the Court that the parties had participated in private mediation on August 12, 2014, had reached a resolution of all matters in controversy, and that an order of dismissal should be filed in the near future. However, counsel for the parties have advised the Court that there are logistical matters that need to be addressed, including, but not necessarily limited to, obtaining approval of the settlement from the Florida Probate Court, addressing the Medicaid lien, and potentially establishing an annuity into which some of the funds will be deposited.

To provide the parties sufficient opportunity to address these logistical issues, the parties shall, no later than November 21, 2014, file an agreed order or stipulation of dismissal.[1]

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' agreed order or stipulation of dismissal to be filed no later than November 21, 2014.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 1, 2013 (Docket Entry No. 67), the pretrial conference and trial were rescheduled to February 13, 2015, and February 24, 2015, respectively.